UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASHANDA PAYTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY SHERIFF,<br><br>　　　　　Defendant. | No. 2:15-cv-2270 DB P<br><br><br>ORDER |

Plaintiff, acting pro se, has filed a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges that an unlawful body search was conducted on her and other female inmates by male correctional officers when she was incarcerated at the Rio Consumnes Correctional Center in 2015. Plaintiff consented to the jurisdiction of a magistrate judge to conduct all proceedings in this case. (ECF No. 5.)

Upon screening, the court found that plaintiff's complaint showed she had not exhausted her administrative remedies. (See Mar. 15, 2017 Order (ECF No. 9).) Plaintiff was ordered to show cause within thirty days why this case should not be dismissed for failure to exhaust administrative remedies. Plaintiff was warned that her failure to file a response, or to otherwise respond to the court's order, would result in dismissal of this action.

////

////

1

Thirty days have passed and plaintiff has filed nothing in response to the court's March 15, 2017 Order. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See E.D. Cal. R. 110; Fed. R. Civ. P. 41(b).

Dated: May 22, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/payt2270.or

2